```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
NANCY ENOKSEN,

                    Plaintiff,
                                              MEMORANDUM & ORDER
          -against-                           18-CV-6735(JS)(ARL)

NASSAU COUNTY; NASSAU COUNTY
DISTRICT ATTORNEY'S OFFICE, and
their successors acting in their
individual and official capacity;
DISTRICT ATTORNEY MADELINE SINGAS,
acting in her individual and official
capacity; ASSISTANT DISTRICT ATTORNEY
MARY RUDY, acting in her individual
and official capacity; ASSISTANT
DISTRICT ATTORNEY PETER MANCUSO,
acting in his individual and official
capacity; "JOHN and JANE DOES of the
District Attorney's Office", unknown
individuals acting in their individual
and official capacity; NASSAU COUNTY
SPECIAL INVESTIGATOR KAREN L. LUTZ,
acting in her individual and official
capacity; NASSAU COUNTY SHERIFF'S
OFFICE, acting in their individual
and official capacity; "JOHN and JANE
DOES of the Nassau County Sheriff's
Office", unknown individuals acting in
their individual and official capacity;
NASSAU COUNTY SHERIFF'S DEPARTMENT,
acting in their individual and official
capacity; and "JOHN and JANE DOES of the
Nassau County Sheriff's Department",
unknown individuals acting in their
individual and official capacity;

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Nancy Enoksen, pro se
                    18-G-0323
                    Albion Correctional Facility
                    3595 State School Road
                    Albion, New York 14411-9399
```

For Defendants:    No appearances.

SEYBERT, District Judge:

On November 26, 2018, incarcerated pro se plaintiff Nancy Enoksen ("Plaintiff") filed a Complaint in this Court pursuant to 42 U.S.C. § 1983 ("Section 1983") against Nassau County, Nassau County District Attorney's Office, Nassau County District Attorney Madeline Singas, Assistant District Attorney Mary Rudy, Assistant District Attorney Peter Mancuso, Nassau County Special Investigator Karen L. Lutz, Nassau County Sheriff's Office, Nassau County Sheriff's Department, and unidentified individuals alleged to work at Nassau County District Attorney's Office, Nassau County Sheriff's Office, and Nassau County Sheriff's Department (collectively, "Defendants"), accompanied by an application to proceed in forma pauperis.

However, Plaintiff did not file the required Prisoner Litigation Authorization form ("PLRA") at the time the Complaint was filed.  Accordingly, by Notice of Deficiency also dated November 26, 2018, Plaintiff was instructed to complete and return the enclosed PLRA in order for her case to proceed.  On December 6, 2018, Plaintiff timely filed the PLRA.

Upon review of the declaration in support of the application to proceed in forma pauperis, the Court finds that Plaintiff is qualified to commence this action without prepayment of the filing fee.  See 28 U.S.C. §§ 1914(a); 1915(a)(1).

Therefore, Plaintiff's request to proceed in forma pauperis, (IFP Mot., Docket Entry 2), is GRANTED and the Court ORDERS service of the Summonses and Complaint upon the named Defendants by the United States Marshal Service.

The Clerk of the Court is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: May __15__, 2019
　　　　Central Islip, New York